## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Brigid nmn Robine<br><br>Debtor(s) | Case No.:20−50271−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue the hearing held on 4/28/2021 regarding the Motion to Sell 104 Pine Terrace, Milford, Pennsylvania Free and Clear of Liens filed by Trustee Mark R. Little 34 and the Agreed Motion Resolving Creditor's Response to Motion to Sell filed by Creditor Federal Home Loan Mortgage Corporation 39 , so ORDERED by /s/ Judge Stout. Hearing CONTINUED to 5/20/2021 at 10:00 AM Eastern Time (9:00 AM Central Time) by TELEPHONE. Parties to call in at 1−888−684−8852 and use the Access Code 2390218#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. (Graham, S)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 4/28/21

By: slg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court