UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Brigid nmn Robine** | : | Case No.:  20-50271 |
| | : | Chapter 7 |
| Debtor. | : | Judge Alan C. Stout |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## RESPONSE TO AMENDED PETITION TO SELL REAL PROPERTY
## (DOCKET # 42)

Now comes Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-1 ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion to Sell filed by the Trustee on May 3, 2021 at Docket # 42. Creditor does not oppose the Motion so long as Creditor's lien is paid in full and that any short sale will be contingent on written approval from Creditor. Creditor requests that Debtor's counsel request a payoff quote from Creditor to ensure the lien is paid in full prior to closing. Creditor anticipates this response can be resolved with an agreed order.

20-012697_JMB3

WHEREFORE, Creditor respectfully requests that the Court grant Movant with the relief this Court deems just and proper.

Respectfully submitted,

 /s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
John R. Cummins (84631)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

20-012697_JMB3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Response to Motion to Sell was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Mark R. Little, 1917 Versnick Way, Madisonville, KY  42431, trustee@littlelawky.com

Steve Vidmer, Attorney for Brigid nmn Robine, 309A North 4th St, Murray, KY  42071, svidmerbr@gmail.com

and on the below listed parties by regular U.S. mail, postage prepaid on May  12 , 2021:

Brigid nmn Robine, 1524 Beckett Drive, Murray, KY  42071

Brigid nmn Robine, 104 Pine Terrace, Milford, KY  18337

Specialized Loan Servicing/SLS, Attn: Bankruptcy Po Box 636005, Littleton, CO  80163

    /s/ Amy E. Gardner

20-012697_JMB3