UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:                                              )
                                                    )
BRIGID NMN ROBINE                                   )          CASE NO: 20-50271-ACS
                                                    )
DEBTOR(S)                                           )

## ORDER APPROVING PETITION TO SELL

This cause having come before the Court on Petition of the Trustee, Mark Little, and the Court having circulated the Petition to Sell to all creditors and parties in interest allowing them 20 days within which to object to the proposed sale;  and the Court being otherwise sufficiently advised;

1.    **IT IS HEREBY ORDERED, ADJUDGED AND DIRECTED** that the Petition of the Trustee to advertise and sell the Debtor(s) interest in real property located at 104 Pine Terrace, Milford, Pennsylvania free and clear of any liens of record is hereby approved. Liens shall attach to the proceeds in  the same priority as they currently attach to the subject property.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: May 20, 2021

Prepared By:

/s/ Mark Little
Mark Little, Trustee
1917 Versnick Drive
Madisonville, Kentucky 42431
(270) 821-0110